**OHIO CELLULAR PRODUCTS CORPORATION, Plaintiff–Appellant,**

and

**Donald E. Nelson, Third Party Defendant/Fourth Party Plaintiff–Appellant,**

v.

**ADAMS USA, INC., Defendant/Third Party Plaintiff–Appellee,**

and

**Apehead Manufacturing, Inc., Defendant/Third Party Plaintiff–Appellee,**

v.

**Patrick J. Arnold, Jr. and Robert Fieseler, Fourth Party Defendants–Appellees,**

and

**James E. Lammy, Sr., Fourth Party Defendant–Appellee,**

and

**Robert F. Rywalski, Fourth Party Defendant–Appellee.**

Ohio Cellular Products Corporation,
Plaintiff–Appellee,

and

Donald E. Nelson, Third Party
Defendant/Fourth Party
Plaintiff–Appellee,

v.

Adams Usa, Inc., Defendant/Third
Party Plaintiff–Appellee,

and

Apehead Manufacturing, Inc.,
Defendant/Third Party
Plaintiff–Appellee,

v.

Patrick J. Arnold, Jr. and Robert
Fieseler, Fourth Party
Defendants–Appellees,

and

James E. Lammy, Sr., Fourth Party
Defendant–Appellant,

and

Robert F. Rywalski, Fourth Party
Defendant–Appellee.

No. 02–1079, 02–1168.

United States Court of Appeals,
Federal Circuit.

June 10, 2002.

ON MOTION

SCHALL, Circuit Judge.

ORDER

Ohio Cellular Products Corporation and
Donald E. Nelson state that they are not
challenging the judgments in favor of Pat-
rick J. Arnold, Jr. and Robert Fieseler,

---

* Arnold, Fieseler, Lammy, and Rywalski should
inform the court whether they intend to par-

---

Robert F. Rywalski, and James E. Lam-
my, Sr. in the context of their appeal, 02–
1079. Lammy moves to voluntarily dis-
miss his appeal, 02–1168.*

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to voluntarily dismiss ap-
peal no. 02–1168 is granted.

(2) Each side shall bear its own costs in
02–1168.

(3) The revised official caption for 02–
1079 is reflected above.

---

ticipate in the remaining appeal, 02–1079.